```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-42910** |
| **Donald Eugene Hartson** | **SUBSTITUTION OF ATTORNEY** |
| Debtor(s). | |

Attorney Corrine Bielejeski of the Law Offices of Patrick L. Forte hereby substitutes out of the above-captioned case. Patrick L. Forte of the Law Offices of Patrick L. Forte is hereby substituted in.

I consent to the within substitution:

Dated: March 31, 2011          /s/ Corrine Bielejeski
                               CORRINE BIELEJESKI, ESQ.


Dated: March 31, 2011          /s/ Patrick L. Forte
                               PATRICK L. FORTE, ESQ.

SUBSTITUTION OF ATTORNEY